UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Juan Mosso, Norberto Garcia, Johnny Chamorro, Adrian Santiago Ramirez, and Andres Ortiz Mendoza, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>910 Seventh Ave Rest LLC d/b/a 9Ten Restaurant, Theodore Katsihtis and Demetrios Glekas,<br><br>Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/3/2022

22 Civ. 4584 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On June 3, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by September 30, 2022. ECF No. 4. Those submissions are now overdue. Accordingly, by **October 11, 2022**, the parties shall submit a joint letter and proposed case management plan.

SO ORDERED.

Dated: October 3, 2022
New York, New York

ANALISA TORRES
United States District Judge