UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Mosso, Norberto Garcia, Johnny Chamorro, Adrian Santiago Ramirez, and Andres Ortiz Mendoza, on behalf of themselves and all other persons similarly situated,

                    Plaintiffs,

-against-

910 Seventh Ave Rest LLC d/b/a 9Ten Restaurant, Theodore Katsihtis and Demetrios Glekas,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/12/2022_

22 Civ. 4584 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 3, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by October 11, 2022. ECF No. 12. Those submissions are now overdue. Accordingly, by **October 21, 2022**, the parties shall submit a joint letter and proposed case management plan.

SO ORDERED.

Dated: October 12, 2022
       New York, New York

                                                ANALISA TORRES
                                        United States District Judge