```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/1/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Mosso, Norberto Garcia, Johnny Chamorro, Adrian Santiago Ramirez, and Andres Ortiz Mendoza, on behalf of themselves and all other persons similarly situated,

                Plaintiffs,

-against-

910 Seventh Ave Rest LLC d/b/a 9Ten Restaurant, Theodore Katsihtis and Demetrios Glekas,

                Defendants.

22 Civ. 4584 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 25, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by October 31, 2022. ECF No. 15. Those submissions are now overdue. Accordingly, by **November 29, 2022**, the parties shall submit a joint letter and proposed case management plan.

    SO ORDERED.

Dated: November 1, 2022
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge