```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/30/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Mosso, Norberto Garcia, Johnny Chamorro, Adrian Santiago Ramirez, and Andres Ortiz Mendoza, on behalf of themselves and all other persons similarly situated,

                        Plaintiffs,

-against-

910 Seventh Ave Rest LLC d/b/a 9Ten Restaurant, Theodore Katsihtis and Demetrios Glekas,

                        Defendants.

22 Civ. 4584 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' proposed case management plan. ECF No. 18. The parties' proposed case management plan does not indicate whether they consent to conducting all further proceedings before a magistrate judge. *Id.* ¶ 1. Accordingly, by **December 2, 2022**, the parties shall file a revised proposed case management plan.

      SO ORDERED.

Dated: November 30, 2022
         New York, New York

                                                  ANALISA TORRES
                                        United States District Judge