USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/5/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Mosso, Norberto Garcia, Johnny Chamorro, Adrian Santiago Ramirez, and Andres Ortiz Mendoza, on behalf of themselves and all other persons similarly situated,

                        Plaintiffs,

-against-

910 Seventh Ave Rest LLC d/b/a 9Ten Restaurant, Theodore Katsihtis and Demetrios Glekas,

                        Defendants.

22 Civ. 4584 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On November 30, 2022, the Court ordered the parties to submit a revised proposed case management plan by December 2, 2022. ECF No. 19. That submission is now overdue. Accordingly, by **December 7, 2022**, the parties shall file a revised proposed case management plan.

      SO ORDERED.

Dated: December 5, 2022
       New York, New York

                                                      ANALISA TORRES
                                                United States District Judge