```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/8/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Mosso, Norberto Garcia, Johnny Chamorro, Adrian Santiago Ramirez, and Andres Ortiz Mendoza, on behalf of themselves and all other persons similarly situated,

                Plaintiffs,

-against-

910 Seventh Ave Rest LLC d/b/a 9Ten Restaurant, Theodore Katsihtis and Demetrios Glekas,

                Defendants.

22 Civ. 4584 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 21. The parties' proposed deadline in Paragraph 6(d) is set for after the proposed deadline for the close of fact discovery in Paragraph 5. *Id.* The deadlines in Paragraph 6 must occur within the timeframe for fact discovery. Accordingly, by **December 12, 2022**, the parties shall file a revised proposed case management plan.

    SO ORDERED.

Dated: December 8, 2022
         New York, New York

                                        ANALISA TORRES
                                      United States District Judge