UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Mosso, Norberto Garcia, Johnny Chamorro,
Adrian Santiago Ramirez, and Andres Ortiz
Mendoza, on behalf of themselves and all other
persons similarly situated,

                            Plaintiffs,

               -against-

910 Seventh Ave Rest LLC d/b/a 9Ten Restaurant,
Theodore Katsihtis and Demetrios Glekas,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __12/13/2022__

22 Civ. 4584 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On December 8, 2022, the Court ordered the parties to file a revised proposed case management plan by December 12, 2022.  ECF No. 22.  The parties have not done so.  Accordingly, by **December 16, 2022**, the parties shall file a revised proposed case management plan.

      SO ORDERED.

Dated: December 13, 2022
      New York, New York

                                               _____
                                                  ANALISA TORRES
                                       United States District Judge