```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/19/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Mosso, Norberto Garcia, Johnny Chamorro, Adrian Santiago Ramirez, and Andres Ortiz Mendoza, on behalf of themselves and all other persons similarly situated,

                  Plaintiffs,

-against-

910 Seventh Ave Rest LLC d/b/a 9Ten Restaurant, Theodore Katsihtis and Demetrios Glekas,

                  Defendants.

22 Civ. 4584 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On December 8, 2022, the Court ordered the parties to file a revised proposed case management plan by December 12, 2022. ECF No. 22. The parties did not meet that deadline. On December 13, 2022, the Court extended the parties' deadline to file a revised proposed case management plan to December 16, 2022. ECF No. 23. The parties also failed to meet that deadline. Accordingly, by **December 21, 2022**, the parties shall file a revised proposed case management plan. No further extension shall be granted absent a showing of good cause.

      SO ORDERED.

Dated: December 19, 2022
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge