```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____              │
│ DATE FILED:  12/22/2022              │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Mosso, Norberto Garcia, Johnny Chamorro,
Adrian Santiago Ramirez, and Andres Ortiz
Mendoza, on behalf of themselves and all other
persons similarly situated,

                          Plaintiffs,

            -against-                                        22 Civ. 4584 (AT)

910 Seventh Ave Rest LLC d/b/a 9Ten Restaurant,              **ORDER**
Theodore Katsihtis and Demetrios Glekas,

                          Defendants.

ANALISA TORRES, District Judge:

        The Court has reviewed the parties' revised proposed case management plan and the parties'
joint letter. ECF Nos. 17, 25. The revised proposed case management plan does not indicate whether
the parties consent to conducting all further proceedings before a magistrate judge, *id.* ¶ 1, which the
Court ordered the parties to address in its November 30, 2022 order, ECF No. 19. In addition, the
parties' joint letter dated November 29, 2022, ECF No. 17, does not address the items described in the
Court's June 3, 2022 order, ECF No. 4. By **January 4, 2023**, the parties shall submit a revised proposed
case management plan and joint letter. No further extension shall be granted absent a showing of good
cause.

        SO ORDERED.

Dated: December 22, 2022
       New York, New York

                                                            _____
                                                                   ANALISA TORRES
                                                              United States District Judge