```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUAN MOSSO et al.,

                Plaintiffs,

      - against -

910 SEVENTH AVE REST LLC et al.,

                Defendants.
------------------------------------------------------------X

22-CV-4584 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Pursuant to the case management plan and scheduling order (Dkt. 34), fact discovery was due to be completed by April 14, 2023, and the parties indicated there would be no expert discovery. Accordingly, by April 27, 2023, the parties shall file a joint letter reporting on status and addressing scheduling for dispositive motions, if any, and pretrial filings.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: April 20, 2023
       New York, New York

Copies transmitted this date to all counsel of record.