

40 Wall Street, 49th Floor
New York, NY 10005

☎ (212) 404-8644
📠 (332) 777-1884
🌐 kilegal.com

Steven Siegler, Partner
(212) 404-8609
steven@kilegal.com

April 27, 2023

**VIA ECF**
Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2023
```

    Re:   Mosso, et al. v. 910 Seventh Avenue Restaurant LLC, et al.
           Civil Action No. 1:22-cv-04584

Dear Judge Lehrburger:

    We represent the Defendants, 910 Seventh Avenue Restaurant LLC, Theodore Katsihtis, and Demetrios Glekas, in the above-referenced matter. Your Honor required the parties to submit a joint status letter by today's date reporting on the status of the case and addressing scheduling for dispositive motions, if any, and pretrial filings (ECF Doc. 35). We are writing with Plaintiff's counsel's consent to advise the Court that the parties are currently engaged in productive settlement negotiations which they hope will result in a resolution of this matter. Therefore, the parties respectfully request that the Court extend the time for the parties to submit their status letter by seven (7) days to allow the parties to hopefully conclude negotiations.

    Thank you for your time and attention to this matter.

Respectfully submitted,

By: *Steven Siegler*
Steven Siegler, Esq (SS-1224)

cc:   Michael Samuels, Esq. (via ECF)
       Andrew Beresin, Esq. (via ECF)

Extension granted; the parties shall file the joint status letter by May 4, 2023.

SO ORDERED:

4/27/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE