USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHNNY CHAMORRO, JUAN MOSSO, NORBERTO GARCIA, ANDRES ORTIZ MENDOZA, and ADRIAN SANTIAGO RAMIREZ, on behalf of themselves and all other persons similarly situated,

                Plaintiffs,

-against-

910 SEVENTH AVE REST LLC d/b/a 9TEN RESTAURANT, THEODORE KATSIHTIS, and DEMETRIOS GLEKAS,

                Defendants.

Case No. 1:22-cv-04584-AT-RWL

**JUDGMENT**

---

On June 28, 2023, Plaintiffs JOHNNY CHAMORRO, JUAN MOSSO, NORBERTO GARCIA, ANDRES ORTIZ MENDOZA, and ADRIAN SANTIAGO RAMIREZ filed a notice of acceptance of an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That Plaintiffs JOHNNY CHAMORRO, JUAN MOSSO, NORBERTO GARCIA, ANDRES ORTIZ MENDOZA, and ADRIAN SANTIAGO RAMIREZ have judgment against defendants in the amount of $130,000.00 (ONE-HUNDRED THIRTY THOUSAND DOLLARS), inclusive of attorneys' fees, costs and prejudgment interest.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiffs may have as to damages, or any other form of relief, arising out of the alleged acts or omission of the Defendants, in connection with the facts and circumstances that are the subject of this action.

This judgment is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by the Defendants, or any officer, employee or agent, either past or present of the Defendants; nor is it an admission that Plaintiff has suffered any damages.

This judgment will act to release and discharge the Defendants, their successors or assigns, and all past and present officers, employees, representative, attorneys and agents of the Defendants, from any and all claims that were or could have been alleged by the plaintiffs on behalf of themselves and all others similarly situated in the above-referenced action.

Dated:  June 28 , 2023

_____
HON. ROBERT W. LEHRBURGER
United States Magistrate Judge